IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEV RIMAL | Criminal No. 20-88<br>(18 U.S.C. §§ 2252(a)(4)(B) and 2261A(1))<br><br>[UNDER SEAL] |

**INDICTMENT**

**COUNT ONE**

FILED
MAY 19 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about May 16, 2019, in the Western District of Pennsylvania, the defendant, DEV RIMAL, did knowingly possess visual depictions, namely, videos in computer graphics files, the production of which involved the use of a minor engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted a minor engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, including by means of a computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT TWO

The grand jury further charges:

On or about May 14, 2018, in the Western District of Pennsylvania, and elsewhere, the defendant, DEV RIMAL, traveled in interstate commerce, namely from Ohio to Pennsylvania, with the intent to injure, harass and/or intimidate another person, namely Y.S., a person known to the grand jury, and in the course of, and as a result of, such travel, placed Y.S. in reasonable fear of death and serious bodily injury and caused substantial emotional distress to Y.S.

In violation of Title 18, United States Code, Section 2261A(1).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352